FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEPT 12 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DENNIS MAPP,

              Petitioner,

  -against-

WILLIAM PHILLIP, Superintendent,
Green Haven Correctional Facility,

              Respondent.
-------------------------------------------------------------X

JUDGMENT
04-CV-1889 (JG)

       A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on June 30, 2005, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Apealability shall issue.

Dated: Brooklyn, New York
       September 09, 2005

                                      s/Robert C. Heinemann
                                      ROBERT C. HEINEMANN
                                      Clerk of Court